**Carmen GUZMAN–MUELLING, Petitioner,**

v.

**SOCIAL SECURITY ADMINISTRATION, Respondent.**

No. 2013–3128.

United States Court of Appeals, Federal Circuit.

Aug. 28, 2014.

Thomas J. Gagliardo, AFGE Local 1923, of Baltimore, Maryland, argued for petitioner.

Sarah M. Valenti, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Stuart F. Delery, Assistant Attorney General, Robert E. Kirschman, Jr., Director, and Franklin E. White, Jr., Assistant Director.

PROST, Chief Judge, NEWMAN and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: